STEPHEN P. SONNENBERG (CA SB# 164881; NY SB# 4431540)
stephensonnenberg@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

MARIA A. AUDERO (SB# 210141)
mariaaudero@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
BANK OF AMERICA, N.A., BANC OF AMERICA
INVESTMENT SERVICES, INC., and BANK OF AMERICA
CORPORATION

**E-filing**

**FILED**
MAR 23 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LOPEZ, as an individual and RENE POMPA, as an individual, both on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a national association, and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. **C10-01207 JL ADR**<br><br>(Alameda County Superior Court Case No. HG 07363650)<br><br>**DEFENDANT BANK OF AMERICA CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>**Class Action** |

LEGAL_US_E # 87272783.2

DEFT'S CORPORATE DISCLOSURE

1  TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, TO PLAINTIFFS ALBERT LOPEZ AND RENE
3  POMPA, AND TO PLAINTIFF'S ATTORNEYS OF RECORD, KENNETH H. YOON, ESQ.,
4  PETER M. HART, ESQ., ERIC HONIG, ESQ., AND THE LAW OFFICES OF KENNETH H.
5  YOON, LAW OFFICES OF PETER H. HART, AND LAW OFFICES OF ERIC HONIG:

7       Pursuant to Federal Rules of Civil Procedure Rule 7.1, Defendant Bank of
8  America Corporation provides the following certification:

10      1.    <u>As to Defendant Bank of America Corporation</u>:
11          a. Bank of America Corporation has no parent company.
12          b. No publicly held corporation owns 10% or more of its stock.

14      2.    <u>As to Defendant Bank of America, National Association</u>:
15          a. Bank of America, N.A. is a wholly-owned subsidiary of BANA Holding
16  Corporation, which is a wholly-owned subsidiary of BAC North America Holding Company,
17  which is a wholly-owned subsidiary of NB Holdings Corporation, which is a wholly-owned
18  subsidiary of Bank of America Corporation.
19          b. No publicly held corporation owns 10% or more of Bank of America,
20  N.A. stock.
21      ///

3. <u>As to Defendant Banc of America Investment Services, Inc.</u>:

a. On October 23, 2009, BAI merged into Merrill Lynch, Pierce, Fenner & Smith Incorporated, which is owned by Merrill Lynch & Co., Inc., which in turn is a wholly owned subsidiary of Bank of America Corporation.

b. No publicly held corporation owns 10% or more of its stock.

Dated: March 19, 2010

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ MARIA A. AUDERO

Attorneys for Defendant
BANK OF AMERICA, N.A., BANC OF AMERICA INVESTMENT SERVICES, INC., and BANK OF AMERICA CORPORATION

LEGAL_US_E # 87272783.2

- 2 -

DEFT'S CORPORATE DISCLOSURE