# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LOPEZ, as an individual and RENE POMPA, as an individual, both on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national association, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: CV 10-01207 JL<br><br>(Assigned to the Hon. James Larson, Ctrm. F)<br><br>[PROPOSED] ORDER DISMISSING LABOR CODE § 226.7 CLAIM FOR REST BREAK VIOLATIONS WITHOUT PREJUDICE AND GRANTING LEAVE TO AMEND |

## ~~[PROPOSED]~~ ORDER

This matter is before the Court on the Stipulation To Dismiss Labor Code § 226.7 Claim For Rest Break Violations Without Prejudice And For Leave To Amend ("Stipulation"). The Court, having considered the Stipulation, now finds that the Stipulation should be granted.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** as follows:

1. Plaintiffs Albert Lopez's and Renee Pompa's ("Plaintiffs") Labor Code § 226.7 Claim For Rest Break Violations is hereby dismissed without prejudice. No notice shall be sent to the putative class of this dismissal.

2. Plaintiffs and Defendants Bank of America, N.A., Bank of America Corporation, and Banc of America Investment Services, Inc.'s ("Defendants") shall bear their own costs and attorneys' fees in connection with the dismissal of the Labor Code § 226.7 Claim For Rest Break Violations.

3. Plaintiffs are granted leave to file the Third Amended Complaint, attached as Exhibit A to the Stipulation, which shall be filed and served within five (5) days after this Order.

4. The Answer of Defendant Bank of America, N.A. to Plaintiffs' First Amended Complaint, filed in the Superior Court for the County of Alameda on March 19, 2008, and made a part of this Court's record through Defendant Bank of America Corporation's Notice of Removal, filed on March 23, 2010, shall be deemed to be the Answer of Defendants to Plaintiffs' Second Amended Complaint, and it will not be necessary for Defendants to file an Answer to the Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: May 7, 2010

_____
Honorable James Larson
United States Magistrate Judge

Respectfully submitted:

DATED: May 6, 2010          LAW OFFICES OF KENNETH H. YOON


                            By: _____/s/_____
                                      Kenneth H. Yoon
                            Attorney for Plaintiffs
                            ALBERT LOPEZ AND RENE POMPA


DATED: May 6, 2010          PAUL, HASTINGS, JANOFSKY & WALKER LLP


                            By: _____/s/_____
                                      Maria A. Audero
                            Attorney for Defendants
                            BANK OF AMERICA, N.A., BANK OF AMERICA
                            CORPORATION, AND BANC OF AMERICA
                            INVESTMENTS SERVICES, INC.

- 3 -
[PROPOSED] ORDER DISMISSING LABOR CODE § 226.7 CLAIM FOR REST BREAK VIOLATIONS WITHOUT
PREJUDICE AND GRANTING LEAVE TO AMEND (C 10-01207 JL)