KENNETH H. YOON (SB# 198443)
KYoon@yoon-law.com
LAW OFFICES OF KENNETH H. YOON
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017-3383
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

ERIC HONIG (SB# 140765)
erichonig@aol.com
LAW OFFICE OF ERIC HONIG
P.O. Box 10327
Marina del Rey, CA 90295
Telephone:  (310) 314-2603
Facsimile:  (310) 314-2793

Attorneys for Plaintiffs
ALBERT LOPEZ AND RENE POMPA

*Counsel Continued on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LOPEZ, individually, and RENE POMPA, individually, on behalf of a class of persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 3:10-cv-01207-JL<br><br>STIPULATION SELECTING MEDIATION |

1   PETER M. HART (SB# 198691)
    hartpeter@msn.com
2   LAW OFFICES OF PETER M. HART
    13952 Bora Bora Way, F-320
3   Marina Del Rey, CA 90292
    Telephone: (310) 478-5789
4   Facsimile: (509) 561-6441

5   Attorneys for Plaintiffs
    ALBERT LOPEZ AND RENE POMPA
6

7   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    KIRBY C. WILCOX (SB# 078576)
8   kirbywilcox@paulhastings.com
    THOMAS E. GEIDT (SB# 080955)
9   tomgeidt@paulhastings.com
    55 Second Street
10  Twenty-Fourth Floor
    San Francisco, CA 94105
11  Telephone: (415) 856-7002
    Facsimile: (415) 856-7102

12  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    STEPHEN P. SONNENBERG (CA SB# 164881; NY SB# 4431540)
13  stephensonnenberg@paulhastings.com
    Park Avenue Tower
14  75 East 55th Street
    New York, NY 10022
15  Telephone: (212) 318-6414
    Facsimile: (212) 230-7668
16

17  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    MARIA A. AUDERO (SB# 210141)
18  mariaaudero@paulhastings.com
    515 South Flower Street
19  Twenty-Fifth Floor
    Los Angeles, CA 90071
20  Telephone: (213) 683-6307
    Facsimile: (213) 996-3307

21  Attorneys for Defendants
    BANK OF AMERICA, NATIONAL ASSOCIATION;
22  BANC OF AMERICA INVESTMENT SERVICES, INC.; AND
    BANK OF AMERICA CORPORATION
23

24

25

26

27

28

Case No. 3:10-cv-01207-JL                    STIPULATION SELECTING MEDIATION
LEGAL_US_E # 88525131.6

1   Counsel for Plaintiffs Albert Lopez and Rene Pompa and Counsel for Defendants
2   Bank of America, N.A., Banc of America Investment Services, Inc., and Bank of
3   America Corporation (collectively "the Parties") report that they have met and
4   conferred regarding ADR and have reached the following stipulation pursuant to
5   Civil L.R. 16-8 and ADR L.R. 3-5:

6

7        The Parties mediated this matter previously with David Rotman, Esq., of
8   Gregorio, Haldeman, Piazza, Rotman, Frank & Feder, on April 6, 2009, June 4,
9   2009, and March 1, 2010.  During the March 1, 2010 mediation, the Parties reached
10  a tentative resolution on a class-wide basis that encompassed additional defendant
11  entities.  Defendants subsequently removed this matter to the District Court.  For
12  these reasons, the Parties believe that they have fulfilled the ADR requirements of
13  the District Court because a settlement has been reached and the Parties mediated
14  this matter in the Superior Court.  The Parties do not anticipate the need for future
15  ADR.  The parties are working on finalizing the settlement agreement and hope to
16  file a joint motion for preliminary approval of the settlement within the next two
17  weeks.

18

19  DATED:  June 18, 2010          LAW OFFICES OF KENNETH H. YOON
20
21                                 By:  s/Kenneth H. Yoon
22                                       KENNETH H. YOON
23                                 Attorney for Plaintiffs
                                   ALBERT LOPEZ AND RENE POMPA
24
25
26
27
28

DATED:  June 18, 2010

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: s/Maria A. Audero
MARIA A. AUDERO

Attorney for Defendants
BANK OF AMERICA, BANC OF AMERICA INVESTMENT SERVICES, INC., AND BANK OF AMERICA CORPORATION

I, Maria A. Audero, attest:

1.  The contents of the Stipulation Selecting Mediation and [Proposed] Order Selecting Mediation are acceptable to all persons required to sign said documents.

2.  Counsel for Plaintiffs, Kenneth H. Yoon, Esq., has given his consent to file said documents.