UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

TIMOTHY M. O'BRIEN
CLERK
INGRID CAMPBELL
CHIEF DEPUTY CLERK

259 ROBERT J. DOLE
COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 735-2200

Kansas City, Kansas

October 22, 2010

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 315-4200

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 338-5400

U.S. District Court Clerks

Robert T. Matsui
United States Courthouse
501 I Street, Room 4-200
Sacramento, CA 95814-7300
InterdistrictTransfer_caed@caed.uscourts.gov

Internal Box 36060
San Francisco, CA
ecfhelpdesk@cand.uscourts.gov

Re: Bank of America Wage and Hour Employment Practices Litigation
    District of Kansas Case Number: 10-MD-2138-JWL-KGS

Dear Clerks:

Please be advised that pursuant to the attached transfer order (MDL 2138: CTO-4) the following cases are transferred to the District of Kansas. The case has been assigned to Judge John W. Lungstrum and Magistrate Judge K. Gary Sebelius. Please use the interdistrict case transfer feature in CM/ECF. If you have any questions please contact our office at 913-735-2200.

Eastern District:
10-00679 Aubin v. Bank of America, N.A.

Northern District:
10-03814 Brito v. Bank of America, N.A.
10-01207 Lopez v. Bank of America, N.A.

TIMOTHY M. O'BRIEN, CLERK


s/ Marla Gonzales

Marla Gonzales
Deputy Clerk

Case 3:10-cv-01207-JST   Document 30   Filed 10/25/10   Page 2 of 3
Case 2:10-md-02138-JWL -KGS   Document 112   Filed 10/22/10   Page 1 of 1
Case CAE/1:10-cv-00679   Document 3   Filed 10/13/10   Page 1 of 2

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
DISTRICT OF KANSAS

2010 OCT 22  PM 2: 20

TIMOTHY M. O'BRIEN
CLERK

IN RE: BANK OF AMERICA WAGE AND HOUR EMPLOYMENT   BY ___ MDL NO. 2138
PRACTICES LITIGATION                                                                       KANSAS CITY, KS

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-4)

On April 14, 2010, the Panel transferred 10 civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See F.Supp.2d. (J.P.M.L. 2010). Since that time, 4 additional actions have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.4. of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Kansas for the reasons stated in the order of April 14, 2010, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The Transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 13, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 3:10-cv-01207-JST   Document 30   Filed 10/25/10   Page 3 of 3
Case 2:10-md-02138-JWL -KGS   Document 112-1   Filed 10/22/10   Page 1 of 1

Case CAE/1:10-cv-00679   Document 3   Filed 10/13/10   Page 2 of 2

**IN RE: BANK OF AMERICA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**          MDL No. 2138

### SCHEDULE CTO-4 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| --- | --- | --- | --- |
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 10-00679 | Aubin v. Bank of America, National Association |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 10-03814 | Brito v. Bank of America, National Association |
| CAN | 3 | 10-01207 | Lopez v. Bank of America, N.A. |