UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LOPEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>    Defendant. | Case No. 10-cv-01207-JST<br><br>**ORDER GRANTING PARTIES' STIPULATION IN PART**<br><br>Re: ECF No. 40 |

On May 14, 2014, the parties filed a stipulation that covered various topics. ECF No. 40. The Court GRANTS the following aspects of the stipulation:

1. The September 27, 2010 stay of this case, ECF No. 29, is hereby LIFTED in light of the JPML's December 24, 2013 remand to this Court.

2. The parties shall correct the Class Notice and Claim Form originally ordered to be distributed in the preliminary approval Order, ECF No. 24, so that the case number reflects the current judicial assignment.

At this time, all other aspects of the parties' stipulation are DENIED. The parties may, however, upon or after submitting a new proposed settlement, re-raise and request the Court to grant the aspects of the stipulation that are not herein granted.

**IT IS SO ORDERED.**

Dated: June 25, 2014

_____
JON S. TIGAR
United States District Judge